IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER RAY BEMAN**                                                                    PLAINTIFF
**ADC #500883**

v.                                    No: 4:15-cv-591-DPM-PSH

**FAULKNER COUNTY DETENTION CENTER;**
**STONE**, Sergeant, Faulkner County Detention
Facility; **BATES**, Correctional Officer, Faulkner
County Detention Facility; **SCOTT**, Correctional
Officer, Faulkner County Detention Facility;
**A. FORTE**, Correctional Officer, Faulkner County
Detention Facility; and **HARLEY**, Correctional
Officer, Faulkner County Detention Facility                              DEFENDANTS

ORDER

Unopposed partial recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Beman's claims against the Faulkner County Detention Center are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 November 2015