IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER RAY BEMAN**                                                                        **PLAINTIFF**
**ADC #500883**

v.                                    No: 4:15-cv-591-DPM-PSH

**STONE**, Sergeant, Faulkner County Detention
Facility; **BATES**, Correctional Officer, Faulkner
County Detention Facility; **SCOTT**, Correctional
Officer, Faulkner County Detention Facility;
**A. FORTE**, Correctional Officer, Faulkner County
Detention Facility; **KYLE HENLEY**, Correctional
Officer, Faulkner County Detention Facility; and
**IRA JONES**, Correctional Officer, Faulkner County
Detention Facility                                                                                         **DEFENDANTS**

**ORDER**

Unopposed partial recommendation, № 44, adopted. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Beman's motion for summary judgment, № 43, is denied without prejudice.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_13 May 2016_