IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CHRISTOPHER RAY BEMAN                                                         PLAINTIFF

V.                          NO: 4:15CV00591 DPM/PSH

FAULKNER COUNTY DETENTION CENTER                              DEFENDANT


**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to United States District Judge D.P. Marshall Jr.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Christopher Ray Beman, who was formerly held at the Arkansas Department of Community Correction's Omega Center, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on September 22, 2015. On August 31, 2016, after Beman notified the Court he had been released from custody, the Court entered an order directing Beman to pay the $350.00 filing fee or file a new application for leave to proceed *in forma pauperis* within 30 days. Doc. No. 67. That order warned Beman that his failure to comply would result in the recommended dismissal of his complaint. When that order was entered, the Court had imposed a 60 day stay. The order granting the

temporary stay was entered on August 25, 2015. Doc. No. 65.

On October 31, 2016, the Court entered an order lifting the stay, directing Beman to pay the full filing fee or file a new application for leave to proceed in *forma pauperis* within 10 days, and warning him that his failure to do so would result in the recommended dismissal of his complaint. Doc. No. 70. At that time, Beman was also sent a copy of the docket sheet and another *in forma pauperis* application form. More than 10 days have passed since the Court's most recent order, and Beman has not paid the filing fee, filed a new application for leave to proceed *in forma pauperis*, or otherwise responded to the Court's order. Under these circumstances, the Court concludes that Beman's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Christopher Ray Beman's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's orders.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE