# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CHRISTOPHER RAY BEMAN                                                                  PLAINTIFF

v.                          No. 4:15-cv-591-DPM

STONE, Sergeant, Faulkner County
Detention Facility; BATES, Correctional Officer,
Faulkner County Detention Facility; SCOTT,
Correctional Officer, Faulkner County Detention
Facility; A FORTE, Correctional Officer, Faulkner
County Detention Facility; KYLE HENLEY,
Correctional Officer, Faulkner County Detention
Facility; and IRA JONES, Correctional Officer,
Faulkner County Detention Center                                                      DEFENDANTS

## ORDER

Unopposed recommendation, № 71, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Beman hasn't complied with the Court's October 31st order, № 70, and the time to do so has passed. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 December 2016