IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER RAY BEMAN                                              PLAINTIFF

v.                         No. 4:15-cv-591-DPM

FAULKNER COUNTY DETENTION
CENTER; STONE, Sergeant, Faulkner County
Detention Facility; BATES, Correctional Officer,
Faulkner County Detention Facility; SCOTT,
Correctional Officer, Faulkner County Detention
Facility; A FORTE, Correctional Officer, Faulkner
County Detention Facility; KYLE HENLEY,
Correctional Officer, Faulkner County Detention
Facility; and IRA JONES, Correctional Officer,
Faulkner County Detention Center                                   DEFENDANTS

JUDGMENT

Beman's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 December 2016